# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE


| | |
|---|---|
| JOSHUA BRYANT, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| | ) |
| v. | )     No. 3:15-CV-475 |
| | ) |
| | ) |
| DUSTIN MCCOIG, | ) |
| | ) |
|         Defendant. | ) |


## <u>MEMORANDUM AND ORDER</u>


This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, Debra C. Poplin [Doc. 88]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that Plaintiff's motion for attorney fees under 42 U.S.C. § 1988 be granted, and that Plaintiff be awarded attorney fees of $5,940.00. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and

Recommendation, which the Court adopts and incorporates into its ruling, that Plaintiff's motion for attorney fees [Doc. 88] is **GRANTED,** and Plaintiff is awarded attorney fees of $5,940.00.

      **IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**